*E-FILED 02-04-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIM B. KIMBALL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAC HOME LOAN SERVICING, LP and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>　　　　Defendants. | No. C10-05670 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT COURT JUDGE** |

On February 4, 2011, plaintiff filed an Ex Parte Application for Temporary Restraining Order. (Docket No. 3). The action was randomly assigned to a magistrate judge for all purposes. Because plaintiff has requested immediate injunctive relief, but none of the parties have consented to magistrate jurisdiction, the undersigned lacks jurisdiction to hear plaintiff's application. Accordingly, this court ORDERS the Clerk of the Court promptly to reassign this case to a district court judge. *See* 28 U.S.C. § 636.

SO ORDERED.

Dated:　February 4, 2011

　　　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05670-HRL Notice has been electronically mailed to:

2  Quynh Nhu Trinh     quynh@corvuslaw.com