**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                        408.535.5364


**February 7, 2011**


**CASE NUMBER:  CV 10-05670 HRL**
**CASE TITLE:  JIM B.KIMBALL-v-BAC HOME LOAN SERVICING, LP. ET AL**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  Case reassigned

to the **Honorable Lucy H. Koh** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **LHK** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 2/4/2011


FOR THE EXECUTIVE COMMITTEE:

_____
                                                            Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                Special Projects
Log Book Noted                                          Entered in Computer 2/7/2011 tsh


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                Transferor CSA