AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

**FILED**
FEB 2 2 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JIM B. KIMBALL )
 )
*Plaintiff* )
 )
v. )   Civil Action No. CV 10-05670 LHK
 )
BAC HOME LOAN SERVICING, LP, and MORTGAGE )
ELECTRONIC REGISTRATION SYSTEMS, INC. )
 )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BAC HOME LOAN SERVICING, LP
CT CORPORATION SYSTEM, REGISTERED AGENT
136 E SOUTH TEMPLE, SUITE 2100
SALT LAKE CITY, UTAH 84111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RYAN R. WEST
CORVUS LAW GROUP
15 W SOUTH TEMPLE, SUITE 1000
SALT LAKE CITY, UTAH 84101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 2/4/11

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Tiffany Salinas-Harwell

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CV 10-05670

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* BAC Home Loans Servicing, LP

was received by me on *(date)* 2/7/2011 .

☑ I personally served the summons on the individual at *(place)* CT Corporation System, Registered Agent 136 E South Temple, Suite 2100, Salt Lake City, UT  84111 on *(date)* 2/8/2011 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: 2/8/2011

*Server's signature*

Michael Dixlon
*Printed name and title*

105 South State, #410
Orem, UT  84057

*Server's address*

Additional information regarding attempted service, etc:
Summons + Complaint served for case
# CV 10-05670
Plaintiff: Kimball

KIRSTEN CURRAN
NOTARY PUBLIC-STATE OF UTAH
COMMISSION# 580218
COMM. EXP. 12-15-2012