UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JIM B. KIMBALLL,<br><br>    *Plaintiff(s),*<br><br>V.<br><br>BAC HOME LOAN SERVICING, LP, ET AL,<br><br>    *Defendant(s).* | Case No: 10-CV-05670 LHK<br><br>CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that a Case Management Conference is hereby set on Wednesday, May 18, 2011 at 2:00 p.m. before Judge Lucy H. Koh. Case Management statements are due no later than Wednesday, May 11, 2011. Parties are to appear in courtroom #4, 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

Dated: March 2, 2011

                                  For the Court,
                                RICHARD W. WEIKING, Clerk

                                /s/ Martha Parker Brown
                                By: _____
                                Martha Parker Brown
                                Courtroom Deputy Clerk