David S. Reidy (SBN 225904)
Matthew J. Brady (SBN 254333)
Jeffrey D. Chen (SBN 267837)
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:     +1 415 391 8269

Attorneys for Defendants
BAC Home Loan Servicing, LP, Mortgage Electronic Registration Systems and
Countrywide Home Loans, Inc. dba America's Wholesale Lender

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIM B. KIMBALL,<br><br>             Plaintiff,<br><br>     vs.<br><br>BAC HOME LOAN SERVICING, LP, and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS,<br><br>             Defendant. | Case No. CV10-05670<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that Matthew J. Brady of the law firm Reed Smith LLP, hereby enters an appearance as counsel of record for defendants BAC HOME LOANS SERVICING, LP, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS and COUNTRYWIDE HOME LOANS, INC. dba AMERICA'S WHOLESALE LENDER in the above-referenced action.  BAC Home Loans Servicing, LP, Mortgage Electronic Registration Systems and Countrywide Home Loans, Inc. dba America's Wholesale Lender, hereby advise all parties that all pleadings and other documents should be addressed to and served upon Matthew J. Brady as follows:

1
2
3
4

Matthew J. Brady
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: 1.415.543.8700
Facsimile:  1.415.391.8269
MBrady@reedsmith.com

5
6   DATED:  March 9, 2011           REED SMITH LLP
7
8                                   By_____/s/_____
                                       Matthew J. Brady
                                       Attorney for Defendants BAC Home Loans
9                                      Servicing, LP, Mortgage Electronic Systems and
                                       Countywide Home Loans, Inc. dba America's
10                                     Wholesale Lender
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28