UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

JIM B. KIMBALL,
    *Plaintiff(s)*,

V.

BAC HOME LOAN SERVICING LP, ET AL,

    *Defendant(s)*.

Case No: 10-CV-05670LHK

**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE TO FOLLOW MOTION HEARING**

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that the Case Management Conference currently set for Wednesday, May 18, 2011 at 2:00 p.m. is hereby rescheduled to Thursday, June 16, 2011 at 1:30 p.m. following the Motion hearing set for that date and time. Parties are to file a Joint Case Management Conference Statement no later than Thursday, June 9, 2011. Parties are to appear in courtroom #4, 5th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

Dated: April 4, 2011

    For the Court,
    RICHARD W. WEIKING, Clerk

      /s/ Martha Parker Brown
By: _____
    Martha Parker Brown
    Courtroom Deputy Clerk