UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIM B. KIMBALL, | Case No.: 10-CV-05670-LHK |
| Plaintiff, | ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION |
| v. | |
| AMERICA'S WHOLESALE LENDER; COUNTRYWIDE HOME LOANS, INC.; BAC HOME LOAN SERVICING, LP; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10, | |
| Defendants. | |

On June 10, 2011, the Court ordered Plaintiff to show cause why the instant action should not be dismissed for lack of subject matter jurisdiction. *See* Order to Show Cause Why the Case Should Not Be Dismissed for Lack of Subject Matter Jurisdiction, ECF No. 20.  The Court ordered Plaintiff to file a written response by June 20, 2011, and advised Plaintiff that failure to respond would result in dismissal for lack of subject matter jurisdiction.  As of this date, Plaintiff has not responded to the Court's Order to Show Cause.  Accordingly, for the reasons discussed in the prior Order to Show Cause, the instant action is hereby DISMISSED without prejudice for lack of subject matter jurisdiction.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 28, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-05670-LHK
ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION